U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 19 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 14 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 05-50028-01 |
| VERSUS | * | JUDGE HICKS |
| ROBERT LEONARD WILLIAMS<br>Defendant | * | MAGISTRATE JUDGE SHEMWELL |
| AND | | |
| HALLIBURTON ENERGY SERVICES, INC.<br>AND ITS SUCCESSORS OR ASSIGNS<br>Garnishee | | |

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, Halliburton Energy Services, Inc., and its successors or assigns, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on March 29, 2007, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the form of wages, that the defendant is paid on a bi-weekly basis, and that for the pay period in effect on the date of service on the garnishee, defendant earned gross wages of $3,347.72 and net wages of $2,688.16.

On March 16, 2007, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that pursuant to 28 U.S.C. §3205 and 15 U.S.C. §1673(a) Garnishee and its successors or assigns pay into the hands of the United States Attorney, for each and every pay period that the defendant, Robert Leonard Williams, is employed by Garnishee and its successors or assigns and is due wages, the **lesser** of:

1. Fifteen percent (15%) of defendant's disposable earnings; or
2. All amounts of defendant's disposable earnings in excess of thirty times the federal minimum wage,

and that Garnishee and its successors or assigns continue said payments until the debt to plaintiff is paid in full or until the Garnishee and its successors or assigns no longer has custody, possession or control of any property belonging to defendant or until further order of this Court. Payments to the United States Attorney under this garnishment order shall be made by Garnishee and its successors or assigns' check, no less frequently than monthly, payable to the United States Clerk of Court, and mailed to the Office of the United States Clerk, 300 Fannin Street, Suite 1167, Shreveport, LA 71101, or to such other address as Garnishee and its successors or assigns is directed in writing by the United States Attorney's Office.

Dated: May 14, 2007      By: _____
                              United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of Garnishee Order has been served upon Robert Leonard Williams, 134 Blanchard Mobile Home Villa Road, Shreveport, LA 71107 and upon Halliburton Law Department, Garnishment Section, Building 62-2, Room 1609A, Post Office Box 42806, Houston, TX 77242, by placing same in the United States Mail, postage prepaid, first class, on this the 19th day of April, 2007.

Sheila W. Still
Financial Litigation Unit